DIAGNOSTIC IMAGING v. GRIFFIN
ELECTRONIC CONSULTANTS, INC.

No. 589P90

Case below: 100 N.C.App. 600

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1991.

ELLER v. J & S TRUCK SERVICES

No. 581P90

Case below: 100 N.C.App. 545

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 February 1991.

EVANS v. N.C. DEPT. OF CRIME CONTROL

No. 3P91

Case below: 101 N.C.App. 108

Petition by defendant for temporary stay allowed 7 January 1991 pending consideration and determination of a timely filed petition for discretionary review.

HOFFMAN v. COMPUTER TEXTUAL SERVICES, INC.

No. 611P90

Case below: 97 N.C.App. 507

Petition by defendant (G. Russell Evans) for writ of certiorari to the North Carolina Court of Appeals denied 7 February 1991.

IVES v. REAL-VENTURE, INC.

No. 160P90

Case below: 97 N.C.App. 391
327 N.C. 139

Motion by third-party defendants for reconsideration of petition for discretionary review denied 7 February 1991.